■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN ELLIS, Appellant. [997 NYS2d 317]—

Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered December 13, 2012, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the County Court erred in denying his request for a "violent felony override" at his sentencing hearing pursuant to 7 NYCRR 1900.4 (c) (1) (iii). Contrary to the defendant's contention, no regulation or statute provides for such a document (see People v Lynch, 121 AD3d 717, 718 [2014]; People v Nelson, 121 AD3d 719, 720 [2014]). Moreover, since the sentence and commitment properly specifies that the defendant pleaded guilty to attempted burglary in the second degree under Penal Law §§ 110.00 and 140.25 (2), the sections and subdivision of the Penal Law under which he was convicted, the requirements of 7 NYCRR 1900.4 (c) (1) (iii) are met (see People v Lynch, 121 AD3d at 719; People v Nelson, 121 AD3d at 720). Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.